**JS-6**

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| KRISTI THOMAS, | Case № 5:19-cv-01196-ODW (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WAYFAIR INC.; WAYFAIR LLC; and DOES 1–50, | |
| Defendants. | |

# **JUDGMENT**

In light of the Court's Order Granting Defendants' Motion for Summary Judgment, (ECF No. 43), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that**:**

1. Judgment is in favor of Defendants on all of Plaintiff's claims;
2. All dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 22, 2021

                                             **OTIS D. WRIGHT, II**
                                    **UNITED STATES DISTRICT JUDGE**